```
JOHNSON AND ASSOCIATES
Einar Wm. Johnson  State Bar No. 111105
Sante Fe Business Park
2370 West Carson Street, Suite 141
Torrance, California 90501
(310) 783-0035

Attorneys For Plaintiff
DARTY CRONIN
```

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARTY CRONIN,<br><br>    Plaintiff,<br><br>v.<br><br>MONEX DEPOSIT COMPANY, a California limited Partnership, LOUIS CARABINI, MICHAEL CARABINI, MIKE MARONEY, DAVID GALA, DAN J. C. WALES, AND DOES 1 - 200<br><br>    Defendants. | Case No. SACV 08-01297DOC(MLGx)<br><br>NOTICE OF VOLUNTARY DISMISSAL<br><br><br>Dept.: 9-D<br><br>Discovery Cut Off: None<br>Motion Cut Off: None<br>Trial Date: None |

**NOTICE IS HEREBY GIVEN** that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff voluntarily dismisses the above-captioned action without prejudice.

Dated: May 5, 2009

JOHNSON AND ASSOCIATES

By: _____
Einar Wm. Johnson
Attorneys For Plaintiff
DARTY CRONIN

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2370 W. Carson Street, Suite 141, Torrance, California 90501.

On May 6, 2009, I served the foregoing document described as NOTICE OF VOLUNTARY DISMISSAL on the interested parties in this action by placing a true correct copy thereof enclosed in sealed envelopes addressed as follows, and by placing said envelopes in the United States Mail with postage pre-paid, at Torrance, California:

Thomas A. Pistone
Pistone & Wolder
2020 Main Street, Suite 900
Irvine, California 92614-8203

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Dated: May 6, 2009

Einar Wm. Johnson